## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NICHELLE WELLS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>THE HOME DEPOT INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 1:2011-CV-00488<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NICHELLE WELLS

COMES NOW Amanda Farahany and the law firm of Barrett & Farahany LLP and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this notice to withdraw as counsel for Plaintiff Nichelle Wells ("Wells") in this action.  Furthermore, Wells has retained Paul J. Sharman ("Sharman") of The Sharman Law Firm LLC and formerly of Barrett & Farahany LLP to substitute as counsel in this case. Sharman appeared on the original complaint as co-counsel.

Respectfully submitted, this 18th day of April, 2011.

| | |
|---|---|
| /s/ Amanda A. Farahany<br>Amanda A. Farahany<br>Georgia Bar No. 646135<br>1100 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309<br>(404) 214-0120<br>Amanda@bf-llp.com | /s/ Paul J. Sharman<br>Paul J. Sharman<br>Georgia Bar No. 227207<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022<br>(678) 696-1789<br>paul@sharman-law.com |